OSCN Found Document:ARCE v. STATE

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 ARCE v. STATE
2023 OK CR 8
Case Number: F-2021-1212
Decided: 05/11/2023
JASON ENRIQUE ARCE, Appellant v. THE STATE OF OKLAHOMA, Appellee

Cite as: 2023 OK CR 8, __ __

 

 

ORDER TO PUBLISH SUMMARY OPINION

¶1 On April 20, 2023, an opinion was handed down in the above-styled proceeding, Arce v. State, F-2021-1212 (April 20, 2023)(unpublished). The opinion addresses in part the law regarding jury instructions on lesser included offenses. After further consideration, we have determined the opinion should be published. The opinion to be published is attached to this order.

¶2 IT IS THEREFORE THE ORDER OF THIS COURT that the Summary Opinion issued on April 20, 2023, is hereby AUTHORIZED FOR PUBLICATION. 

¶3 IT IS SO ORDERED.

¶4 WITNESS OUR HANDS AND THE SEAL OF THIS COURT this 11th day of May, 2023.

/S/SCOTT ROWLAND, Presiding Judge

/S/ROBERT L. HUDSON, Vice Presiding Judge

/S/GARY L. LUMPKIN, Judge

/S/DAVID B. LEWIS, Judge

/S/WILLIAM J. MUSSEMAN, Judge

ATTEST:

/s/John D. Hadden
Clerk

 

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA